UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. CR21-174 JCC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| JUSTINO CRUZ VICTORIO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Offenses charged:

1. Conspiracy to Distribute Controlled Substances.

Date of Detention Hearing:   December 13, 2021.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.   Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a risk of flight based on his significant family ties to Mexico, and the fact that he is not present in the country lawfully. According to the government, Defendant engaged in multistate travel on numerous occasions, during the same timeframe as members of the alleged DTO. Although he has employment in California, he has no ties to this District. Defendant was found with approximately 80lbs of methamphetamine and 2,000 fentanyl pills in his vehicle. Defendant is a danger to the community because of the nature of the charged offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 13th Day of December, 2021.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3